UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

P.J. Stevens,

        Plaintiff,

vs.                                       ORDER

Isanti County 10th Judicial District, and Isanti County Attorney,

        Defendants.              Civ. No. 10-3402 (JNE/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

                                            BY THE COURT:

DATED: 10-14-2010                          s/ Joan N. Ericksen
                                                  Judge Joan N. Ericksen
                                                  United States District Court